UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TREVON GALMORE, TERRANCE LAVELL KIRKSEY, and JULIUS GARRISON,<br><br>        Plaintiffs,<br>v.<br><br>RANDALL R. HEPP and SGT. ZEPTKA,<br><br>        Defendants. | Case No. 23-CV-650-JPS<br><br>**ORDER** |

      Plaintiffs Trevon Galmore ("Galmore"), Terrance Lavell Kirksey ("Kirksey"), and Julius Garrison ("Garrison"), who are currently incarcerated in Waupun Correctional Institution and representing themselves, filed a complaint under 42 U.S.C. §1983, alleging that their civil rights were violated. ECF No. 1. On June 5, 2023, the Court issued an order with various instructions regarding pro se litigation with multiple plaintiffs. ECF No. 3. This order included information regarding the filing fee and specifically what each plaintiff must do if he wished to proceed, and provided June 26, 2023 as the deadline to submit such materials. That deadline has now passed.

      Plaintiff Galmore submitted a motion to proceed without prepayment of the filing fee, ECF No. 2. However, he has yet to file the required six-month certified trust fund account statement so that the Court may assess the initial partial filing fee. As such, Galmore must submit a six-month certified trust fund account statement or pay the $402.00 filing fee in full on or before **July 21, 2023.** The failure to do so by the deadline may result in Galmore's dismissal from this action without further notice.

On June 12, 2023, Plaintiff Garrison submitted a letter indicating he wished to proceed in this case, ECF No. 5, along with a signed signature page for the complaint, ECF No. 6. However, Garrison has yet to comply with the Court's previous order regarding the filing fee. As such, Garrison must submit either the $402.00 filing fee or a request to proceed without prepaying the filing fee and a certified trust account statement on or before **July 21, 2023**. The failure to do so by the deadline may result in Garrison's dismissal from this action without further notice.

On June 12, 2023, Plaintiff Kirksey filed a motion to withdraw as a plaintiff in this case. ECF No. 4. The Court will accordingly grant Kirksey's motion and dismiss him from this case without prejudice.

Accordingly,

**IT IS ORDERED** that Plaintiff Galmore submit a six-month certified trust fund account statement or pay the $402.00 filing fee in full or before **July 21, 2023**; The failure to do so by the deadline may result in Galmore's dismissal from this action without further notice;

**IT IS FURTHER ORDERED** Plaintiff Garrison submit either the $402.00 filing fee or a request to proceed without prepaying the filing fee and a certified trust account statement on or before **July 21, 2023**; The failure to do so by the deadline may result in Garrison's dismissal from this action without further notice; and

**IT IS FURTHER ORDERED** that Plaintiff Kirksey's motion to withdraw as a plaintiff, ECF No. 4, be and the same is hereby **GRANTED**; Kirksey is dismissed as a plaintiff in this action **without prejudice.**

Dated at Milwaukee, Wisconsin, this 7th day of July, 2023.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge

Plaintiffs who are inmates at Prisoner E-Filing Program institutions shall submit all correspondence and case filings to institution staff, who will scan and e-mail documents to the Court. Prisoner E-Filing is mandatory for all inmates at Columbia Correctional Institution, Dodge Correctional Institution, Green Bay Correctional Institution, Oshkosh Correctional Institution, Waupun Correctional Institution, and Wisconsin Secure Program Facility.

Plaintiffs who are inmates at all other prison facilities, or who have been released from custody, will be required to submit all correspondence and legal material to:

>Office of the Clerk
>United States District Court
>Eastern District of Wisconsin
>362 United States Courthouse
>517 E. Wisconsin Avenue
>Milwaukee, Wisconsin 53202

**DO NOT MAIL ANYTHING DIRECTLY TO THE COURT'S CHAMBERS**. If mail is received directly to the Court's chambers, **IT WILL BE RETURNED TO SENDER AND WILL NOT BE FILED IN THE CASE**.

Plaintiff is further advised that failure to timely file any brief, motion, response, or reply may result in the dismissal of this action for failure to prosecute. In addition, the parties must notify the Clerk of Court of any change of address. **IF PLAINTIFF FAILS TO PROVIDE AN UPDATED ADDRESS TO THE COURT AND MAIL IS RETURNED TO THE COURT AS UNDELIVERABLE, THE COURT WILL DISMISS THIS ACTION WITHOUT PREJUDICE**.